V. BLAIR SHAHBAZIAN, SBN 125656
SEAN C. ADAMS, SBN 280372
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: bshahbazian@murphyaustin.com
Email: sadams@murphyaustin.com

Attorneys for Use-Plaintiff
TURNKEY CONSTRUCTION SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| The United States of America for the Use and Benefit of TURNKEY CONSTRUCTION SERVICES, INC., a California corporation, <br><br> Use-Plaintiff, <br><br> v. <br><br> ALACRAN CONTRACTING, LLC, an Illinois limited liability company, and WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 2:13-cv-01654-TLN-CMK <br><br> **STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

IT IS STIPULATED by and among the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs.

Dated: September 18, 2014      MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ V. Blair Shahbazian
     V. BLAIR SHAHBAZIAN
     SEAN C. ADAMS
     Attorneys for Use-Plaintiff
     TURNKEY CONSTRUCTION SERVICES, INC.

4370.002-1731171.1

STIPULATION FOR DISMISSAL

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1    Dated: September 18, 2014        BOUTIN JONES INC.

2

3                                         By: /s/ Kevin C. Davis (as authorized on 9-18-14)
                                                KEVIN C. DAVIS

4                                                 Attorneys for Defendant
                                                ALACRAN CONTRACTING, LLC

5

6    Dated: September 18, 2014        SEDGWICK LLP

7

8                                          By: /s/ Kevin P. Gilliland (as authorized on 9-18-14)
                                                MARILYN KLINGER

9                                                 KEVIN P. GILLILAND
                                                Attorneys for Defendant

10                                                 WESTCHESTER FIRE INSURANCE
                                                COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

4370.002-1731171.1

STIPULATION FOR DISMISSAL